UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-05463 JAK (ASx) | Date | November 2, 2015 |
| Title | Camilla Waddell v. Six Continents Hotels, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Arthur Sezgin | Elizabeth M. Levy |

**Proceedings:** **PLAINTIFF'S MOTION FOR COURT TO REMAND BACK TO SUPERIOR COURT OF THE STATE OF CALIFORNIA AND AWARD PLAINTIFF COSTS & ATTORNEY'S FEES IN THE AMOUNT OF $2,700.00 (DKT. 16, 17)**

**SCHEDULING CONFERENCE**

The motion hearing and scheduling conference are held. The Court states its tentative views that it is inclined to sustain the evidentiary objections (Dkt. 25) with respect to Plaintiff's Motion to Remand Back to Superior Court of the State of California and Award Plaintiff Costs and Attorney's Fees in the Amount of $2,700.00 (the "Motion"). Counsel address the Court. The Court grants Defendant leave to file any admissible evidence regarding compensation no later than November 6, 2015. Plaintiff may file a response no later than November 11, 2015. The Court takes the Motion UNDER SUBMISSION and will issue a ruling. If the Court denies the Motion, it will set the following dates upon the final ruling.

| | |
|---|---|
| November 30, 2015: | Last day to amend or add parties |
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file a notice of settlement or a joint report re status of settlement |
| TBD: | Post Mediation Status Conference |
| June 21, 2016: | Initial Expert Disclosures |
| July 1, 2016: | Rebuttal Expert Disclosures |
| July 11, 2016: | Non-Expert Discovery Cut-Off |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV15-05463 JAK (ASx) | Date | November 2, 2015 |
| Title | Camilla Waddell v. Six Continents Hotels, Inc., et al. | | |

| | |
|---|---|
| July 19, 2016: | Expert Discovery Cut-Off |
| July 25, 2016: | Last day to file motions *(including discovery motions)* |
| November 3, 2016: | Last day to hear motions *(including discovery motions)* |
| November 17, 2016: | Anticipated hearing on all motions |
| November 14, 2016 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| December 6, 2016 at 9:00 a.m.: | Jury Trial (est. tbd days) |

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 10, 23.

**IT IS SO ORDERED.**

| | : | 08 |
|---|---|---|
| | Initials of Preparer | ak |